# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI SPARKS, | Case No. 8:16-cv-02040-CJC (DFM) |
| Plaintiff, | Assigned to: Hon. Cormac J. Carney<br>Magistrate Judge: Hon. Douglas F. McCormick |
| vs. | |
| KCI USA, INC., et al., and DOES 1 through 50, inclusive, | **ORDER** |
| Defendants. | |

## ORDER

Pursuant to the Stipulation entered into by and between Plaintiff LORI SPARKS and Defendant KCI USA, INC., through their respective counsel of record, and good cause appearing thereby,

IT IS HEREBY ORDERED that the matter of Lori Sparks v. KCI USA, Inc., filed in the United States District Court for the Central District of California, bearing Case Number 8:16-cv-02040-CJC (DFM) is hereby dismissed with prejudice in its entirety.

DATED: November 16, 2017 _____
CORMAC J. CARNEY
United States District Court Judge

Case No.: 8:16-cv-02040-CJC (DFM)     1     ORDER